David R. Koch (NV Bar #8830)
Daniel G. Scow (NV Bar #14614)
KING SCOW KOCH DURHAM, LLC
11500 S. Eastern Ave., Suite 210
Henderson, Nevada 89052
Telephone: 702.833.1100
Facsimile: 702.833.1107
dkoch@kskdlaw.com
dscow@kskdlaw.com
Attorneys for Defendant
Jumperman Party Rentals LLC

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BEAZLEY UNDERWRITING LTD, a foreign corporation,<br><br>Plaintiff<br><br>v.<br><br>JUMPER MAN PARTY RENTALS, LLC, a Nevada limited liability company;<br><br>Defendant | Case No.: 2:22-cv-01884-CDS-VCF<br><br>**STIPULATION FOR EXTENSION OF DEADLINES FOR FILING RESPONSES TO COMPLAINT AND TO MOTION FOR SUMMARY JUDGMENT [FIRST REQUEST]** |

On November 7, 2022, Plaintiff Beazley Underwriting Ltd. ("Beazley"), initiated this action by filing its Complaint (Doc. #1). Plaintiffs served Defendant Jumperman Party Rentals LLC ("Jumperman") with the Summons and First Amended Complaint (Doc. #5) on December 6, 2022. Jumperman's response to the First Amended Complaint is currently due on December 27, 2022.

Beazley filed a Motion for Summary Judgment on December 2, 2022 (Doc. #20).

King Scow Koch Durham LLC was retained as counsel for Jumperman on December 9, 2022, after Jumperman had been served with the First Amended Complaint. Beazley's Motion for Summary Judgment was filed before Jumperman was served. On

December 15, 2022, the parties participated in a mediation regarding the underlying claim and this action. The mediation did not resolve the case, and Jumperman now needs time to review the Complaint and the Motion for Summary Judgment, so it may file an appropriate response to each document.

Good cause exists for an extension of the deadlines based on: (1) the short time that Jumperman has been a party to the case, (2) the Motion for Summary Judgment having been filed before Jumperman was served with the First Amended Complaint or appeared in the case, and (3) with the intervening holidays, the current response date of December 27, 2022 is two days after Christmas, and counsel for Jumperman will be unavailable until after the current deadline has passed. Counsel needs additional time to review the allegations, research the law, and gather information necessary to respond to the First Amended Complaint and Motion for Summary Judgment.

Accordingly, the parties, by and though their counsel of record, hereby stipulate and request that the deadline for Defendant Jumperman Party Rentals LLC to respond to the First Amended Complaint (Doc. #5) and the Motion for Summary Judgment (Doc. #20) be extended to January 10, 2023. This is the first request for such an extension.

| | |
|---|---|
| DATED: December 22, 2022 | DATED: December 22, 2022 |
| KING SCOW KOCH DURHAM, LLC | TROUTMAN PEPPER |
| /s/ David R. Koch | /s/ Kevin F. Kieffer |
| David R. Koch | Kevin F. Kieffer |
| *Attorneys for Jumperman Party Rentals LLC* | *Attorneys for Plaintiff Beazley Underwriting, Ltd.* |

**IT IS SO ORDERED.**

DATED: _December 23, 2022_

_____
UNITED STATES DISTRICT JUDGE